# NO. 12-18-00233-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *ROBERT ROBINSON,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

## *MEMORANDUM OPINION*
### *PER CURIAM*

Robert Robinson, acting pro se, filed this original proceeding to complain of Respondent's failure to conduct a hearing on his motion for traditional and no-evidence summary judgment and rule on the motion.[1] On August 29, 2018, Relator filed a motion to dismiss this proceeding as moot because Respondent set his motion for a September 25 hearing. Thus, Relator asks this Court to dismiss his petition as moot. Because Relator has obtained the relief sought in his petition for writ of mandamus, we ***grant*** Relator's motion to dismiss and we ***dismiss*** Relator's petition for writ of mandamus as ***moot***.[2]

Opinion delivered September 5, 2018.
*Panel consisted of Hoyle, J., and Neeley, J.*
*Worthen, C.J., not participating.*

(PUBLISH)

---

[1] Respondent is the Honorable Floyd T. Getz, Judge of the County Court at Law No. 3 in Smith County, Texas. The Real Party in Interest is Savvy Ventures, LLC.

[2] We also note that Relator's petition challenges Respondent's failure to afford forty-five days' notice of the trial setting in accordance with Texas Rule of Civil Procedure 245. However, Relator was not entitled to forty-five days' notice because Rule 245 does not apply. Rather, this case involves a forcible detainer suit to which Rule 510.12 applies. *See **Richardson-Wiggins v. 4H4R Properties Two, L.L.C.**,* No. 02-15-00158-CV, 2016 WL 552016, at \*4 (Tex. App.—Fort Worth Feb. 11, 2016, no pet.) (mem. op.). Rule 510.12 provides that "[a]n eviction case appealed to county court will be subject to trial at any time after the expiration of 8 days after the date the transcript is filed in the county court." TEX. R. CIV. P. 510.12. Relator's appendix indicates that the county clerk received Relator's paperwork on June 4, 2018 and, on August 6, Respondent notified Relator that the case was set for an August 23 bench trial. Thus, the notice complied with Rule 510.12.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**SEPTEMBER 5, 2018**

**NO. 12-18-00233-CV**

**ROBERT ROBINSON,**
Relator
V.

**HON. FLOYD T. GETZ,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Robert Robinson; who is the relator in Cause No. 68318-B, pending on the docket of the County Court at Law No. 3 of Smith County, Texas. Said petition for writ of mandamus having been filed herein on August 27, 2018, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Hoyle, J. and Neeley, J.*
*Worthen, C.J., not participating.*